*Kener*, 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Joseph W. Poppenberg, Respondent, v. Leonard Moscato, Appellant.— Order so far as appealed from reversed on the law and facts, with ten dollars costs and disbursements, and motion to restore denied. Order denying motion to dismiss action reversed on the law and facts, and motion granted, without costs. (See *Wheeler* v. *Duell*, 230 App. Div. 392; *Lang* v. *Lanzel*, 221 id. 833; *Kellner* v. *Kener*, 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Myrtle Eno, Respondent, v. Leonard Moscato, Appellant.— Order so far as appealed from reversed on the law and facts, with ten dollars costs and disbursements, and motion to restore denied. Order denying motion to dismiss action reversed on the law and facts, and motion granted, without costs. (See *Wheeler* v. *Duell*, 230 App. Div. 392; *Lang* v. *Lanzel*, 221 id. 833; *Kellner* v. *Kener*, 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Walter Eno, Respondent, v. Leonard Moscato, Appellant.— Order so far as appealed from reversed on the law and facts, with ten dollars costs and disbursements, and motion to restore denied. Order denying motion to dismiss action reversed on the law and facts, and motion granted, without costs. (See *Wheeler* v. *Duell*, 230 App. Div. 392; *Lang* v. *Lanzel*, 221 id. 833; *Kellner* v. *Kener*, 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Margaret L. Owens, Respondent, v. Julia A. Brady, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, the appellant having the right to accept the stipulation contained in the affidavit of the plaintiff. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Irving H. Vogel, Appellant, v. General Baking Company and Another, Respondents.— Order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Punishment of Anna M. Kerner, Surety, for Contempt of Court Arising Out of an Undertaking on Appeal from a Judgment Recovered in an Action Entitled Dominick D. Martino, an Infant, etc., v. Pius Kerner, etc.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Proving the Alleged Last Will and Testament of James F. Mathews, Deceased.— Decree and order affirmed, with costs to the petitioner against the contestant. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Andrew Niederpruem, Respondent, v. Bernard N. Hyman, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

John F. Clifton, Respondent, v. Lawrence E. D. Stevens, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Samuel Lederman and Another, Respondents, v. Minneapolis Fire and